IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BEERSY LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:22-CV-1115-RP |
| | § | |
| YIWU BACKPACKER BAGS CO., LTD., et al, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On November 16, 2022, Plaintiff Beersy LLC dismissed all claims in this case without prejudice. (Dkt. 4). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants Yiwu Backpacker Bags Co., LTD, et al., have not served an answer or motion for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on November 18, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE